1  **BOWMAN AND BROOKE LLP**
   Paul A. Alarcon (SBN: 275036)
2          paul.alarcon@bowmanandbrooke.com
   Samuel Q. Schleier (SBN: 312449)
3          sam.schleier@bowmanandbrooke.com
   Colton F. Parks (SBN: 322491)
4          colton.parks@bowmanandbrooke.com
   970 West 190th Street, Suite 700
5  Torrance, California 90502
   Tel No.:     (310) 768-3068
6  Fax No.:     (310) 719-1019

7  Attorneys for Defendants
   Uber Technologies, Inc., Rasier, LLC, and Rasier- CA, LLC
8

9                          UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE

11

| 12 | JANE DOE LS 134, an individual, | Case No.: 4:23-cv-03811-JSW |
|---|---|---|
| 13 | Plaintiff, | |
| 14 | v. | **DEFENDANT UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| 15 | UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50 Inclusive | |
| 16 | | |
| 17 | | Complaint Filed:    July 31, 2023
Trial Date:         None |
| 18 | Defendants. | |

19

20                        **<u>CORPORATE DISCLOSURE STATEMENT</u>**

21         Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Uber Technologies, Inc.,

22  Rasier, LLC, and Rasier-CA, LLC, by and through their attorney, hereby state as follows:

23     •  Defendant Uber Technologies, Inc. ("Uber") is a Delaware corporation with a principal place of

24        business in San Francisco, California. Uber is a publicly held corporation with no parent company.

25        Based solely on filings with the SEC regarding beneficial ownership of the stock of Uber, Uber

26        is unaware of any shareholder who beneficially owns more than ten percent (10%) of its stock.

27     •  Defendants Rasier, LLC ("Rasier") and Rasier-CA, LLC ("Raiser-CA") are Delaware limited

28

1

**Defendant Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Corporate Disclosure Statement and Certificate of Interested Entities or Persons**

*Jane Doe LS 134 v. Uber Technologies, Inc.*
*4:23-cv-03811-JSW*

liability companies. Rasier and Raiser-CA maintain their corporate headquarters, principal office, and principal place of business in San Francisco, California. Rasier and Raiser-CA are wholly owned subsidiaries of Uber. The sole member of Rasier and Rasier-CA is Uber. Based solely on filings with the SEC regarding beneficial ownership of the stock of Uber, Rasier is unaware of any shareholder who beneficially owns more than ten percent (10%) of Uber's outstanding stock.

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-15, the undersigned counsel of record certifies that apart from the named parties to this action, they do not believe that there are other persons, associations of persons, firms, partnerships, corporations, or other entities that have (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest that could be substantially affected by the outcome of the proceeding.

Uber will advise this Court in the event it learns of any interested entities or persons that must be identified pursuant to Civil Local Rule 3-15.

Dated: August 18, 2023                                    **BOWMAN AND BROOKE LLP**

By: */s/ Paul A. Alarcon*
Paul Alarcon (SBN: 275036)
Samuel Q. Schleier (SBN: 312449)
Colton F. Parks (SBN: 322491)
970 West 190th Street, Suite 700
Torrance, California 90502
Tel: (310) 380-6595

Attorneys for Uber Technologies, Inc., Rasier, LLC, and Rasier- CA, LLC

2

Defendant Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Corporate Disclosure Statement and Certificate of Interested Entities or Persons

*Jane Doe LS 134 v. Uber Technologies, Inc.*
*4:23-cv-03811-JSW*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, I electronically transmitted the foregoing **DEFENDANT UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

　　　／s／ *Claudia Nunez*