RANDALL S. LUSKEY (SBN: 240915)
   rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice forthcoming*)
   ratkins@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3183
Facsimile: (212) 492-0183

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.; and RASIER, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LS 134, an individual<br><br>                Plaintiff,<br><br>                v.<br><br>UBER TECHNOLOGIES, INC.,<br>a Delaware Corporation; RASIER, LLC,<br>a Delaware Limited Liability Company;<br>and DOES 1 through 50, Inclusive.<br><br>                Defendants. | Case No. 4:23-cv-03811-JSW<br><br>**DECLARATION OF RANDALL S. LUSKEY IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF ILLINOIS**<br><br>Date:   December 1, 2023<br>Time:   9:00 a.m.<br>Courtroom:   5 – 2nd Floor<br><br>Action Filed:   August 1, 2023<br>Trial Date:   None Set |

DECLARATION OF RANDALL S. LUSKEY IN SUPPORT OF
DEFENDANTS' MOTION TO TRANSFER VENUE          CASE NO. 4:23-cv-03811-JSW

**DECLARATION OF RANDALL S. LUSKEY**

I, Randall S. Luskey, declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys of record for Defendants Uber Technologies, Inc. and Rasier, LLC (collectively, "Uber"). I respectfully submit this declaration in support of Uber's Motion to Transfer Venue to the Northern District of Illinois. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

2. The following are the names and addresses of all persons known to be parties and percipient witnesses to any of the matters raised in the pleadings in this action, and the matters upon which they are expected to testify:

   a. As alleged in the Complaint, Plaintiff resides in Illinois and is expected to testify as to the events and allegations contained in the Complaint.

   b. Because no discovery has been performed, there are likely other witnesses in Illinois that have not been identified who may be necessary witnesses on behalf of either party. These witnesses may include, for example, law enforcement personnel to whom the alleged assault was reported, who may testify as to the events and allegations in Plaintiff's Complaint; medical personnel and emergency responders who treated Plaintiff after the alleged assault, who may testify as to the damages and injuries Plaintiff allegedly suffered; and individuals with whom Plaintiff and/or the accused driver spoke about the alleged assault, including, for example, Plaintiff's friend and her boyfriend who Plaintiff was on the way to visit during the ride in which the alleged incident occurred and who encountered Plaintiff soon after the alleged assault, who may testify as to the events and allegations in Plaintiff's Complaint and/or the damages and injuries Plaintiff allegedly suffered.

3. Attached as **Exhibit 1** is a true and correct copy of the Superior Court of California for the County of San Francisco's January 23, 2023 Order granting Uber's Motion to Stay or Dismiss Based on *Forum Non Conveniens* in *In re Uber Rideshare Cases*, CJC-21-005188.

4. Attached as **Exhibit 2** is a true and correct copy of the Superior Court of California for the County of San Francisco's August 11, 2017 Order Granting Uber's Motion to Dismiss Based on *Forum Non Conveniens* in *Jane Doe* v. *Uber Techs., Inc*., CGC-17-556481.

5. Attached as **Exhibit 3** is a true and correct copy of the Superior Court of California for the County of San Francisco's March 24, 2020 Order Granting Uber's Motion to Stay Based on *Forum Non Conveniens* in *Jane Doe* v. *Uber Techs., Inc*., CGC-19-579901.

6. Attached as **Exhibit 4** is a true and correct copy of the Superior Court of California for the County of San Francisco's July 1, 2019 Order Granting Uber's Motion to Dismiss Based on *Forum Non Conveniens* in *Gorne & Walker* v. *Uber Techs., Inc*., CGC-19-575852.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on September 8, 2023 in San Francisco, California.

                                                    */s/ Randall S. Luskey*
                                                      Randall S. Luskey