RANDALL S. LUSKEY (SBN: 240915)
rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
**& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice forthcoming*)
ratkins@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
**& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3183
Facsimile: (212) 492-0183

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.; and RASIER, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LS 134, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive.<br><br>Defendants. | Case No. 4:23-cv-03811-JSW<br><br>**DECLARATION OF ALEJANDRA O'CONNOR IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF ILLINOIS**<br><br>Date:  December 1, 2023<br>Time:  9:00 a.m.<br>Courtroom:  5 – 2nd Floor<br><br>Action Filed:  August 1, 2023<br>Trial Date:   None Set |

- 1 -

DECLARATION OF ALEJANDRA O'CONNOR IN SUPPORT  CASE NO. 4:23-cv-03811-JSW
OF DEFENDANTS' MOTION TO TRANSFER VENUE

I, Alejandra O'Connor, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and a resident of Illinois. I submit this declaration in support of Defendants Uber Technologies, Inc. and Rasier, LLC's (collectively, "Uber") Motion to Transfer Venue to the Northern District of Illinois.

2. I am presently employed by Uber Technologies, Inc. as a Lead Paralegal for Insurance Litigation at Uber, in which capacity I work on the above captioned matter. I have been employed by Uber since 2016. In my role, I am familiar with Uber's various platforms and with the user data retained in Uber's systems. I am familiar with the statements made in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

3. Uber is a technology company that uses its proprietary technology to develop and maintain digital multi-sided marketplace platforms. Some specific examples of platforms that Uber has developed include the Rides platform (connecting riders with independent drivers) and the Eats platform (merchants, delivery people, and eaters).

4. Uber has dozens of offices across the country.

Executed on September 8, 2023.

*Alejandra O'Connor*
Alejandra O'Connor