| | |
|---|---|
| 1 | RANDALL S. LUSKEY (SBN: 240915) |
| 2 | rluskey@paulweiss.com  **PAUL, WEISS, RIFKIND, WHARTON** |
| 3 | **& GARRISON LLP**  535 Mission Street, 24th Floor |
| 4 | San Francisco, CA 94105  Telephone: (628) 432-5100 |
| 5 | Facsimile: (628) 232-3101 |
| 6 | ROBERT ATKINS (*Pro Hac Vice forthcoming*) |
| 7 | ratkins@paulweiss.com  **PAUL, WEISS, RIFKIND, WHARTON** |
| 8 | **& GARRISON LLP**  1285 Avenue of the Americas |
| 9 | New York, NY 10019  Telephone: (212) 373-3183 |
| 10 | Facsimile: (212) 492-0183 |
| 11 | *Attorneys for Defendants* |
| 12 | UBER TECHNOLOGIES, INC.; and RASIER, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LS 134, an individual, | Case No. 4:23-cv-03811-JSW |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF ILLINOIS** |
| v. | |
| UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive. | Date:   December 1, 2023  Time:   9:00 a.m.  Courtroom: 5 – 2nd Floor |
| Defendants. | Action Filed:  August 1, 2023  Trial Date:    None Set |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
DEFENDANTS' MOTION TO TRANSFER VENUE                             CASE NO. 4:23-cv-03811-JSW

**TO THIS HONORABLE COURT:**

Defendants Uber Technologies, Inc. and Rasier LLC ("Uber") request that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of certain evidence in support of its Motion to Transfer Venue to the Northern District of Illinois.

Under Federal Rule of Evidence 201, a federal court may take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed R. Evid. 201(b)(2). Judicial notice of such facts must be taken when requested by a party who supplies the court with the necessary information. *Id.* Rule 201(c)(2). Proceedings and orders by other courts, whether in the state or federal system, may be judicially noticed. *Duckett* v. *Godinez*, 67 F.3d 734, 741 (9th Cir. 1995); *Dawson v. Mahoney*, 451 F.3d 550, 551 n.1 (9th Cir. 2006).

Uber respectfully requests the Court take judicial notice of the following orders by the Superior Courts of California related to Uber's Motion to Transfer Venue to the Northern District of Illinois

1. The Superior Court of California for the County of San Francisco's January 23, 2023 Order granting Uber's Motion to Stay or Dismiss Based on *Forum Non Conveniens* in *In re Uber Rideshare Cases*, CJC-21-005188. This document is attached as **Exhibit 1** to the Declaration of Randall S. Luskey in Support of Uber's Motion to Transfer Venue to the District of New Jersey.

2. The Superior Court of California for the County of San Francisco's August 11, 2017 Order Granting Uber's Motion to Dismiss Based on *Forum Non Conveniens* in *Jane Doe* v. *Uber Techs., Inc*., CGC-17-556481. This document is attached as **Exhibit 2** to the Declaration of Randall S. Luskey in Support of Uber's Motion to Transfer Venue to the District of New Jersey.

3. The Superior Court of California for the County of San Francisco's March 24, 2020 Order Granting Uber's Motion to Stay Based on *Forum Non Conveniens* in *Jane Doe* v. *Uber Techs., Inc*., CGC-19-579901. This document is attached as **Exhibit 3** to the Declaration of Randall S. Luskey in Support of Uber's Motion to Transfer Venue to the District of New Jersey.

4.  The Superior Court of California for the County of San Francisco's July 1, 2019 Order Granting Uber's Motion to Dismiss Based on *Forum Non Conveniens* in *Gorne & Walker v. Uber Techs., Inc.*, CGC-19-575852.  This document is attached as **Exhibit 4** to the Declaration of Randall S. Luskey in Support of Uber's Motion to Transfer Venue to the District of New Jersey.

DATED:  September 8, 2023                **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:  */s/ Randall S. Luskey*
     RANDALL S. LUSKEY
     ROBERT ATKINS

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.
and RASIER, LLC