1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LS 134, an individual,<br><br>      Plaintiff,<br><br> v.<br><br>UBER TECHNOLOGIES, INC.,<br>a Delaware Corporation; RASIER, LLC,<br>a Delaware limited Liability Company;<br>and DOES 1 through 50, Inclusive,<br><br>      Defendants. | Case No. 4:23-cv-03811-JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF ILLINOIS**<br><br>Date: December 1, 2023<br>Time: 9:00 a.m.<br>Courtroom: 5 – 2nd Floor<br><br>Action Filed: August 1, 2023<br>Trial Date: None Set |

## [PROPOSED] ORDER

The Court, having considered Defendants' Motion to Transfer Venue to the Northern District of Illinois under 28 U.S.C. § 1404(a) (the "Motion"), all other papers and evidence submitted in support and opposition, the pertinent pleadings and papers on file in this action, and the arguments of counsel, and all other matters presented to the Court, the Court hereby rules as follows:

1. Defendants' Motion for Transfer of Venue is GRANTED.
2. This case shall be transferred to the Northern District of Illinois.

**IT IS SO ORDERED.**

Dated: _____    _____

Honorable Jeffrey S. White
U.S. District Court Judge