William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff* Jane Doe LS 134

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE LS 134, an individual;<br><br>Plaintiff,<br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 4:23-cv-03811-JSW<br><br>*Honorable Judge Jeffrey S. White*<br><br>**DECLARATION OF WILLIAM A. LEVIN IN SUPPORT OF PLAINTIFF JANE DOE LS 134'S RESPONSE IN OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RAISER-CA, LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF ILLINOIS**<br><br>Date: December 1, 2023<br>Time: 9:00 AM<br>Courtroom: 5<br><br>Action Filed: July 31, 2023<br>Trial Date: None Set |

I, William A. Levin, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California. I am a Founding Partner at the law firm Levin Simes LLP, and counsel of record for

1

CASE NO. 4:23-CV-03811-JSW    DECLARATION OF WILLIAM A. LEVIN ISO RESPONSE IN OPPOSITION
MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF ILLINOIS

Plaintiff Jane Doe LS 134 ("Plaintiff"). I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. This declaration is made in support of Plaintiff's Response In Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's ("Defendants") Motion to Transfer Venue to the Northern District of Illinois.

3. A true and correct copy of the *Order Granting Plaintiff's Motion for Coordination and Motion to Stay*, Superior Court of California, County of San Francisco (December 9, 2021) is attached hereto as "**Exhibit A**."

4. A true and correct copy of the *Order Granting Plaintiff's Petition for Coordination*, *Lyft Rideshare Cases*, JCCP 5061 (January 17, 2020), Superior Court of California, County of San Francisco, is attached hereto as "**Exhibit B**."

5. A true and correct copy of Uber Technologies Inc.'s Statement of Information filed with the California Secretary of State on August 24, 2023 is attached hereto as "**Exhibit C**."

6. A true and correct copy of the *Memorandum in Support of Plaintiffs' Motion for Transfer of Actions until 28 U.S.C. ¶ 1407 For Coordinated or Consolidated Pretrial Proceedings*, In re: Uber Passenger Sexual Assault Litigation, MDL No. 3085, United States Judicial Panel On Multidistrict Litigation (July 14, 2023), is attached hereto as "**Exhibit D**."

7. A true and correct copy of the *Schedule of Actions/List of Represented Plaintiffs*, In re: Uber Passenger Sexual Assault Litigation, MDL No. 3085 (August 18, 2023) is attached hereto as "**Exhibit E.**"

8. A hearing regarding the petition for coordination will be heard by the Judicial Panel on Multidistrict Litigation on September 28, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 22, 2023, in San Francisco, California.

/s/ William A. Levin
William A. Levin
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 22, 2023, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are registered on the CM/ECF system.

Dated: September 22, 2023                                           */s/ William A. Levin*