# EXHIBIT C



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20231327288 |
| Date Filed: 8/24/2023 |

| Entity Details | |
|---|---|
| Corporation Name | UBER TECHNOLOGIES, INC. |
| Entity No. | 3318029 |
| Formed In | DELAWARE |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 1515 3RD STREET<br>SAN FRANCISCO, CA 94158 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 1515 3RD STREET<br>SAN FRANCISCO, CA 94158 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 1515 3RD STREET<br>SAN FRANCISCO, CA 94158 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Nelson Chai | 1515 3RD STREET<br>San Francisco, CA 94158 | Chief Financial Officer |
| Tony West | 1515 3RD STREET<br>San Francisco, CA 94158 | Secretary |
| DARA KHOSROWSHAHI | 1515 3RD STREET<br>SAN FRANCISCO, CA 94158 | Chief Executive Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | TECHNOLOGY HOLDING COMPANY |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Lars Fox* | *08/24/2023*
--- | ---
Signature | Date

B2057-5386 08/24/2023 11:45 AM Received by California Secretary of State