# EXHIBIT E

**SCHEDULE OF ACTIONS/LIST OF REPRESENTED PLAINTIFFS**

| District | Representing | Case Caption | Case No. |
|---|---|---|---|
| Northern District of California | Jane Doe LSA 340 | *Jane Doe LSA 340 v. Uber Technologies, Inc., et al.* | 3:23-cv-01165-AMO |
| Northern District of California | Jane Doe LS 16 | *Jane Doe LS 16 v. Uber Technologies, Inc., et al.* | 3:23-cv-03758-CRB |
| Northern District of California | Jane Doe LS 75 | *Jane Doe LS 75 v. Uber Technologies, Inc., et al.,* | 3:23-cv-03805-AGT |
| Northern District of California | Jane Doe LS 134 | *Jane Doe LS 134 v. Uber Technologies, Inc., et al.,* | 4:23-cv-03811-JSW |
| Northern District of California | Jane Doe LS 154 | *Jane Doe LS 154 v. Uber Technologies, Inc., et al.,* | 3:23-cv-03807-VC |
| Northern District of California | Jane Doe LS 348 | *Jane Doe LS 348 v. Uber Technologies, Inc., et al.,* | 4:23-cv-03816-JSW |
| Northern District of California | Jane Doe LS 90 | *Jane Doe LS 90 v. Uber Technologies, Inc., et al.,* | 3:23-cv-03956-AGT |
| Northern District of California | Jane Doe LS 13 | *Jane Doe LS 13 v. Uber Technologies, Inc., et al.,* | 3:23-cv-03966-LB |
| Northern District of California | Jane Doe LS 218 | *Jane Doe LS 218 v. Uber Technologies, Inc., et al.,* | 3:23-cv-03970-TSH |
| Northern District of California | Jane Doe LS 237 | *Jane Doe LS 237 v. Uber Technologies, Inc., et al.,* | 4:23-cv-03973-DMR |
| Northern District of California | Jane Doe LS 250 | *Jane Doe LS 250 v. Uber Technologies, Inc., et al.,* | 3:23-cv-03995-LB |
| Northern District of California | Jane Doe LS 149 | *Jane Doe LS 149 v. Uber Technologies, Inc., et al.,* | 3:23-cv-04008- DMR |
| Northern District of California | Jane Doe LS 320 | *Jane Doe LS 320 v. Uber Technologies, Inc., et al.,* | 3:23-cv-04010-SK |
| Northern District of California | Jane Doe LS 260 | *Jane Doe LS 260 v. Uber Technologies, Inc., et al.,* | 3:23-cv-04011-SK |
| Northern District of California | Jane Doe LS 257 | *Jane Doe LS 257 v. Uber Technologies, Inc., et al.,* | 3:23-cv-04014-LB |