William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff* Jane Doe LS 134

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE LS 134, an individual;<br><br>Plaintiff,<br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 4:23-cv-03811-JSW<br><br>*Honorable Judge Jeffrey S. White*<br><br>**PLAINTIFF JANE DOE LS 134'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF JANE DOE LS 134'S RESPONSE IN OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RAISER-CA, LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF ILLINOIS**<br><br>Date: December 1, 2023<br>Time: 9:00 AM<br>Courtroom: 5<br><br>Action Filed: July 31, 2023<br>Trial Date: None Set |

**TO THIS HONORABLE COURT**:

Plaintiff Jane Doe LS 134 requests that this Court take judicial notice, pursuant to Federal Rule of Evidence 201 of certain evidence in support of its Response in Opposition to Defendants' Motion to Transfer Venue to the Northern District of Illinois.

A federal court may take judicial notice of facts that can be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). A court must take judicial notice if a party requests it and the court is supplied with the necessary information. Fed. R. Evid. 201(c)(2). The records of other courts, in federal and state systems, are proper for judicial notice. *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992); *Ramirez v. United Airlines Inc.*, 416 F. Supp. 2d 792, 795 (N.D. Cal. 2005).

As such Plaintiff respectfully requests that the Court take judicial notice of the following orders by San Francisco Superior Court which are related to Plaintiff's response in opposition to Defendants' motion to transfer.

1. The Order granting Plaintiff's Motion for Coordination and Motion to Stay, Superior Court of California, County of San Francisco (December 9, 2021). This document is attached as **Exhibit A** to the Declaration of William A. Levin in support of Plaintiff's Response in Opposition to Defendants' Motion to Transfer to the Northern District of Illinois.

2. The Order granting Plaintiff's Petition for Coordination, Lyft Rideshare Cases, JCCP 5061 (January 17, 2020), Superior Court of California, County of San Francisco. This document is attached as **Exhibit B** to the Declaration of William A. Levin in support of Plaintiff's Response in Opposition to Defendants' Motion to Transfer to the Northern District of Illinois.

//
//
//
//

1   DATED:  September 22, 2023            **LEVIN SIMES LLP**

3                                         */s/ William A. Levin*
                                          William A. Levin
4                                         Laurel L. Simes
                                          David Grimes
5                                         Samira J. Bokaie
                                          *Attorneys for Plaintiff*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 22, 2023, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are registered on the CM/ECF system.

Dated: September 22, 2023                                                          */s/ William A. Levin*