William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff* Jane Doe LS 134

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE LS 134, an individual;<br><br>Plaintiff,<br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 4:23-cv-03811-JSW<br><br>*Honorable Judge Jeffrey S. White*<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RAISER-CA, LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF ILLINOIS**<br><br>Date: December 1, 2023<br>Time: 9:00 AM<br>Courtroom: 5<br><br>Action Filed: July 31, 2023<br>Trial Date: None Set |

**[PROPOSED] ORDER**

The Court, having considered Defendants' Motion to Transfer Venue to the Northern of District of Illinois, under 28 U.S.C. § 144(a), all other papers and evidence submitted in support and opposition, the pertinent pleading and papers on file in this action, and arguments of counsel, and all other matters presented to the Court, the Court hereby rules as follows:

1. Defendants' Motion for Transfer of Venue is DENIED.

**IT IS SO ORDERED.**

DATED: _____

Honorable Jeffrey S. White
U.S. District Court Judge