1  RANDALL S. LUSKEY (SBN: 240915)
       rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Telephone: (628) 432-5100
   Facsimile: (628) 232-3101
5

6  ROBERT ATKINS (*Pro Hac Vice forthcoming*)
       ratkins@paulweiss.com
7  **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
8  1285 Avenue of the Americas
   New York, NY 10019
9  Telephone: (212) 373-3183
   Facsimile: (212) 492-0183
10

11 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.; RASIER, LLC;
12 RASIER-CA, LLC

13

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LS 134, an individual,<br><br>                 Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive.<br><br>                 Defendants. | Case No. 4:23-cv-03811-JSW<br><br>**REPLY DECLARATION OF ALEX REITOR IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF ILLINOIS**<br><br>Date:    December 1, 2023<br>Time:    9:00 a.m.<br>Courtroom: 5 – 2nd Floor<br><br>Action Filed:   August 1, 2023<br>Trial Date:    None Set |

- 1 -

REPLY DECLARATION OF ALEX REITOR IN                                   CASE NO. 4:23-cv-03811-JSW
SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE

I, Alex Reitor, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and a resident of California. I submit this declaration in support of Defendants Uber Technologies, Inc. Rasier, LLC, and Rasier-CA LLC's (collectively, "Uber") Reply in Support of Defendants' Motion to Transfer Venue to the Northern District of Illinois.

2. I am presently employed by Uber Technologies, Inc. as a Senior Manager of the Strategic Initiatives Team at Uber, in which capacity I work on the above captioned matter. I have been employed by Uber since 2019. In my role, I manage Uber's Human Resources Technology platform and am responsible for the maintenance, enhancement, and support of that system. I am familiar with the statements made in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

3. Uber's U.S. operations and decision-making are spread across 37 offices in 20 different states, including Illinois.

4. Some current and former senior Uber employees who work or worked on teams related to safety live outside of California - - they reside in Washington D.C., Washington State, New York, Virginia, Arizona, and Illinois.

5. More Uber employees are associated with offices outside of California than are associated with offices inside of California.

6. There are currently nearly 1,500 employees associated with Uber's Illinois offices.

7. Illinois is the state associated with the second largest number of Uber employees in the United States.

8. Some of the principal drafters and contributors to the two Safety Reports reside outside California.

9. Uber's "specialized team" for users who report sexual assaults operates in Arizona.

10. Uber's global public safety liaison team consists of team members team members that do not sit exclusively in California, but rather, are spread across the globe.

Executed on September 29, 2023.

*/s/ Alex Reitor*
Alex Reitor