# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

_____

This Document Relates to:

*Jane Doe LS 185 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-05922-CRB*

*Jane Doe LS 291 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06020-CRB*

*Jane Doe LS 296 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06021-CRB*

*John Doe LS 3 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05760-CRB*

*Jane Doe LS 54 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05387-CRB*

*Jane Doe LS 134 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-03811-CRB*

*Jane Doe LS 191 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-05573-CRB*

*John Doe LS 5 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05853-CRB*

*Jane Doe LS 616 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-05942-CRB*

Case No. 3:23-md-03084-CRB

**[PROPOSED] ORDER GRANTING LEVIN SIMES PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 31**

Judge: Honorable Charles R. Breyer

[PROPOSED] ORDER

Having considered Plaintiffs' Motion to Reconsider Order Dismissing Cases for Failure to Comply with PTO 31, the Court therefore hereby ORDERS as follows:

The Court hereby GRANTS Plaintiffs' Motion for Reconsideration and AMENDS its Order Dismissing Cases for Failure to Comply with PTO 31 (ECF No. 5216) to remove the following Plaintiffs:

- Jane Doe LS 185 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-05922-CRB

- Jane Doe LS 291 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06020-CRB

- Jane Doe LS 296 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06021-CRB

- John Doe LS 3 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05760-CRB

- Jane Doe LS 54 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05387-CRB

- Jane Doe LS 134 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-03811-CRB

- Jane Doe LS 191 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-05573-CRB

- John Doe LS 5 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05853-CRB

- Jane Doe LS 616 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-05942-CRB

**IT IS SO ORDERED.**

DATED: _____March 13_____, 2026



IT IS SO ORDERED

Judge Charles R. Breyer

CASE NO. 3:23-MD-03084-CRB                     [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION